1414

## RECONSIDERATION OF PRIOR DECISIONS

**2013–0087. Appenzeller v. Miller.**
Belmont App. No. 12 BE 24, 2012-Ohio-6094.
On motion for reconsideration. Motion denied.

**2013–0811. McDill v. Sunbridge Care Ents., Inc.**
Pickaway App. No. 12CA8, 2013-Ohio-1618.
On motion for reconsideration. Motion denied.

O'DONNELL and KENNEDY, JJ., dissent.